UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DESTINY GRAY BROWN, | ) CASE NO. 1:20-cv-00483 |
| Plaintiff, | ) JUDGE DONALD C. NUGENT |
| v. | ) |
| FORMAN MILLS, INC., | ) **NOTICE OF STIPULATED DISMISSAL *WITH PREJUDICE*** |
| Defendant. | ) |

The Parties stipulate that Plaintiff Destiny Gray Brown's claims against Defendant Forman Mills, Inc. are dismissed *with prejudice*, with each Party to pay its own costs.

Respectfully submitted,

 */s/ Alan I. Goodman*  
Alan I. Goodman (0012600)  
55 Public Square, Suite 1330  
Cleveland, Ohio 44113  
Phone: (216) 456-2486  
Email: agoodman@aiglaw.com  

David W. Neel (0033611)  
13800 Shaker Blvd., Ste. 102  
Cleveland, Ohio 44120  
Phone: (216) 522-0011  
Email: dwneel@neellaw.com  

*Attorneys for Plaintiff Destiny Grey Brown*

 */s/ James O'Connor*  
James O'Connor (0063428)  
Katie Lynn Zorc (0092714)  
Reminger Co., LPA  
101 West Prospect Avenue, Suite 1400  
Cleveland, Ohio 44115  
Phone: (216) 687-1311  
Email: joconnor@reminger.com  
           kzorc@reminger.com  

*Attorneys for Defendant Forman Mills, Inc.*

## CERTIFICATE OF SERVICE

I certify that on December 2, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                               */s/ James O'Connor*
                                               James O'Connor (0063428)