UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DESTINY GRAY BROWN, | ) | CASE NO. : 1:20 CV 483 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| FORMAN MILLS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Counsel have notified the Court that the above captioned case may be dismissed with prejudice and the parties have filed a Joint Stipulation of Dismissal (ECF #16). Therefore, this case is dismissed with prejudice, with each party to bear their own costs.

IT IS SO ORDERED.

_____
DONALD C. NUGENT

DATED: 12/8/2020